No. 10-10032. George Lateef Mosby, Petitioner v. Florida.

564 U.S. 1024, 131 S. Ct. 3031, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4663.

June 20, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 44 So. 3d 1187.

No. 10-10034. Fred E. Christian, Petitioner v. Frank Bommarito Oldsmobile, Inc., dba Bommarito Infinity.

564 U.S. 1024, 131 S. Ct. 3031, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4593.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 403 Fed. Appx. 133.

No. 10-10035. James Carrodine, Petitioner v. Kenneth McKee, Warden.

564 U.S. 1024, 131 S. Ct. 3032, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4656.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-10036. Jorge Gevara, aka Jorge Galeas, Jr., Petitioner v. Boyd Bennett, et al.

564 U.S. 1024, 131 S. Ct. 3032, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4610.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 704.

No. 10-10037. Jorge Gevara, Petitioner v. F. B. Hubbard, et al.

564 U.S. 1024, 131 S. Ct. 3032, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4628.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 772.

No. 10-10038. Jorge Gevara, aka Jorge Galeas, Petitioner v. Alvin W. Keller, Secretary, North Carolina Department of Correction, et al.

564 U.S. 1024, 131 S. Ct. 3033, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4689.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 761.

No. 10-10040. David Gonzales, Petitioner v. Kenneth Romanowski, Warden.

564 U.S. 1024, 131 S. Ct. 3033, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4771.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.